**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| MANORS AT INNISBROOK HOA, INC., | ) |
| | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) FILE NO.: 4:22-CV-00040 |
| | ) |
| v. | ) [On Removal from the State Court of |
| | ) Muscogee County, Georgia; Civil |
| | ) Action No. SC2022CV000037] |
| AUTO-OWNERS INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

**COMES NOW**, AUTO-OWNERS INSURANCE COMPANY ("**Auto-Owners**")[1], Defendant in the above-styled action by and through undersigned counsel, and within the time prescribed by law, hereby files this Notice of Removal pursuant to U.S.C. §§ 1441, 1332, and 1446, respectfully showing the Court the following:

---

[1] Defendant Auto-Owners contends that it is not a proper party to this matter as it did not issue the Policy of insurance upon which Plaintiff's Complaint is based. Rather, Home-Owners Insurance Company ("**Home-Owners**") issued the Policy to Plaintiff upon which Plaintiff's Complaint is based. Home-Owners is an entirely separate and distinct insurance company. However, for the purposes of this Removal, Defendant files this Notice of Removal as if Plaintiff had named the proper entity. However, by so doing, Defendant Auto-Owners does not waive its right to assert the appropriate defenses based on Plaintiff's failure to name the proper corporate entity as a defendant in this matter.

1.

Plaintiff MANORS AT INNISBROOK HOA, INC. ("**Manors**") filed suit against Defendant Auto-Owners in the State Court of Muscogee County, which is within the Columbus Division of this Court. This suit is styled as above and numbered Civil Action File No. SC2022CV000037 in that Court. See Complaint.

2.

Defendant Auto-Owners shows that said suit was initiated on January 12, 2022, in the State Court of Muscogee County, Georgia. Defendant Auto-Owners was served with Plaintiff's Summons and Complaint on January 20, 2022. This Notice of Removal is filed within 30 days of January 20, 2022, the date on which Auto-Owners first received the Complaint and notice of the subject lawsuit. This Notice of Removal is also filed within one year of the commencement of the action. Therefore, the removal is timely pursuant to 28 U.S.C. § 1446(b) and (c).

3.

Upon information and belief, Plaintiff Manors is a Homeowners Association located in Columbus, Muscogee County and is therefore a resident and citizen of the State of Georgia. See, Complaint ¶ 2. Plaintiff is not a resident or citizen of the State of Michigan.

4.

Defendant Auto-Owners (and Home-Owners Insurance Company) is a corporation organized under the laws of the State of Michigan with its principal place of business in the State of Michigan and is not a citizen of the State of Georgia. Neither Auto-Owners or Home-Owners was a citizen of the State of Georgia on the date of filing this action and has not been thereafter.

5.

Complete diversity exits between Plaintiff and Defendant in accordance with 28 U.S.C. § 1332(a)(1).

6.

This action is a civil action between citizens of different states where the controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiff expressly alleges in its Complaint that it is entitled to all damages related to the replacement of the allegedly damaged rooftops, as well as attorney's fees and costs. See, Complaint ¶¶ 11, 15. Given the admissions *in judicio* by Plaintiff regarding the value of its claim and the estimates submitted by Plaintiff for what it contends the cost to repair the damages to the Property to be, as well as the alleged failure by Defendant to pay this amount, the amount in controversy in this matter will exceed the jurisdictional requirement of $75,000.00.

7.

Plaintiff seeks recovery of $629,565.00 plus pre-judgment interest, bad faith penalties and attorneys' fees. See, Complaint ¶¶ 11, 15. In light of the foregoing, even accounting for a set off in the amount of payment made to or on behalf of Plaintiff arising out of the Claim, the amount in controversy for this matter far exceeds the jurisdictional requirements of $75,000.00.

8.

This case is a civil action that may be removed to this Court pursuant to 28 U.S.C. § 1441.  This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and (b) as there is complete diversity of citizenship between Plaintiff and Defendant and, as shown above, the amount in controversy exceeds $75,000.00.  Further, as required by 28 U.S.C. § 1441(b), Defendant Auto-Owners is not a citizen of the State of Georgia.

9.

Defendant Auto-Owners has attached hereto copies of all process, pleadings, and orders served upon it in this case prior to the date of this Notice of Removal. Such copies are attached hereto as Exhibit A.

10.

Defendant Auto-Owners has given written notice of the filing of this Notice

of Removal to Plaintiff by notifying its attorney of record, C. Morris Mullin, Waldrep, Mullin & Callahan, LLC, 111 Twelfth Street, Suite 300, Columbus, Georgia 31902-0351.  Defendant Auto-Owners has also filed a written notice with the State Court of Muscogee County, a copy of said notice being attached hereto and made a part hereof.

WHEREFORE, Defendant Auto-Owners Insurance Company prays that this case be removed to the United States District Court for the Middle District of Georgia, Columbus Division.

This 18th day of February, 2022.

>Respectfully Submitted,
>
>**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
>
>*/s/ Jessica M. Phillips*
>Jessica M. Phillips, Esq.
>Georgia Bar No. 922902
>Erik L. Johnson
>Georgia Bar No. 139597
>*Attorney for Auto-Owners Insurance Company*

The Peachtree – Suite 300
1355 Peachtree Street, NE
Atlanta, Georgia 30309
Office: (404) 874-8800
Fax: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Erik.Johnson@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***NOTICE OF REMOVAL*** with the Clerk of Court via the CM/ECF system, through which the Court will send notification to the following attorneys:

C. Morris Mullin, Esq.
WALDREP, MULLIN & CALLAHAN, LLC
111 Twelfth Street - Suite 300
P.O. Box 351
Columbus, Georgia 31902-0351
cmm@waldrepmullin.com
*Counsel for Plaintiff*

This 18th day of February, 2022.

Respectfully Submitted,

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Erik L. Johnson
Georgia Bar No. 139597
*Attorney for Auto-Owners Insurance Company*

The Peachtree – Suite 300
1355 Peachtree Street, NE
Atlanta, Georgia 30309
Office: (404) 874-8800
Fax: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Erik.Johnson@swiftcurrie.com